# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **RICHARD DALE STAMPKA,** <br><br> Defendant. | CR 17-16-GF-BMM <br><br><br> **PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Richard Dale Stampka appeared before the Court on May 8, 2017, and entered a plea of guilty to Count I of the Indictment. He also admitted the forfeiture allegation. Stampka's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d).

IT IS ORDERED:

THAT Stampka's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d).

- Marlin, model 36-A, .30-30 Win caliber, lever action rifle, serial number 15282;

- Savage Arms Corp., model 5, .22 caliber, bolt action rifle, with no serial number;

- Baker Gun & Forging Co., model Bativia Leader, 12 gauge, break action shotgun, serial number 91445;

- Remington Arms Company, Inc., model 721, .30-06 caliber, bolt action rifle, serial number 252537;

- Harrington & Richardson (H&R), model 532, .32 caliber revolver, with serial number BA037337;

- Ruger, model LCP, .380 auto caliber, semi-automatic pistol, serial number obliterated;

- Haskell Manufacturing, Inc. (Hi-Point Firearms), model JHP, .45 caliber, semi-automatic pistol, serial number X435625; and

- Mossberg, model 500A, 12 gauge, pump action shotgun, with serial number K407394.

THAT the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order

and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Preliminary Order of Forfeiture.

DATED this 8th day of June, 2017.

_____
Brian Morris
United States District Court Judge