## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 17-16-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **RICHARD DALE STAMPKA,** | |
| **Defendant.** | |

Upon the request of the United States, and for good cause shown,

IT IS ORDERED that the warrant for the arrest of Richard Dale Stampka is quashed and the petition for violations of supervised release (Doc. 244) is dismissed.

DATED this 9th day of November, 2020.

_____
Brian Morris, Chief District Judge
United States District Court